UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

ANTHONY D. AMAKER,

                            **Plaintiff,**

          -against-

BILL DE BLASIO, et al.,

                        **Defendants.**

-------------------------------------------------------------------X

26-CV- 00438 (JLR)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___ 3/13/2026

**SARAH NETBURN, United States Magistrate Judge:**

Plaintiff, proceeding without a lawyer (that is, a "*pro se* litigant") filed this action against former Mayors Bill de Blasio and Eric Adams, former New York City Health Commissioners Dave A. Chokshi and Ashwin Vassin, and three members of an appeal panel that oversaw religious exemptions to COVID-19 vaccine mandates, Eric Eichenholtz, Jane Doe, and John Doe (the "City Defendants"). Plaintiff has also sued Lisa Bovitt Hiatt, the current CEO of the New York City Housing Authority (the "NYCHA Defendant"). The NYCHA Defendant has appeared, and the time for her to respond to the complaint is currently April 13, 2026.

The docket does not reflect whether the City Defendants have been served, and Plaintiff has been directed to file any proof of service immediately. See ECF No. 8. Two of the City Defendants are sued as Jane and John Does because the Plaintiff does not know their names. Pursuant to Valentin v. Dinkins, a *pro se* litigant is entitled to assistance from the district court in identifying a defendant. 121 F.3d 72, 76 (2d Cir. 1997). In the Complaint, Plaintiff supplies sufficient information to permit Defendants to identify the Jane Doe and John Doe Defendants who were part of the appeal panel during the relevant period. See ECF No. 1 at ¶¶ 9, 18. Because

these individuals are likely current or former City employees, the New York City Law Department should be able to assist in identifying their names.

**CONCLUSION**

Accordingly, the Law Department is requested to ascertain the identities of the Jane Doe and John Doe Defendants, and the addresses where they may be served. Defendants must provide this information to Plaintiff and the Court within 60 days of the date of this Order.

The Clerk of Court is directed to mail a copy of this order and the complaint to the New York City Law Department at 100 Church Street, New York, NY 10007.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:        March 13, 2026
              New York, New York