**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------X

**ANTHONY D. AMAKER,**

**Plaintiff,**

-against-

**BILL DE BLASIO, et al.,**

**Defendants.**

----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___ 4/21/2026

**26-CV-00438 (JLR)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

Plaintiff, proceeding *pro se*, filed a complaint on January 16, 2026. ECF No. 1. To date, only Defendant Lisa Bovitt Hiatt has appeared in this action. It is unclear to the Court whether the other named Defendants have been served. Accordingly, by no later than Friday, May 1, 2026, Plaintiff is ORDERED to file proof of service for any Defendant already served.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    April 21, 2026
          New York, New York