UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

ANTHONY D. AMAKER,

                                **Plaintiff,**

             -against-

BILL DE BLASIO, et al.,

                          **Defendants.**

-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__ 4/24/2026 _

26-CV-00438 (JLR)(SN)

<u>ORDER</u>

**SARAH NETBURN, United States Magistrate Judge:**

Plaintiff, proceeding *pro se*, filed three letters indicating that he has been unable to successfully serve the remaining Defendants in this action. <u>See</u> ECF Nos. 16-18. Since the remaining Defendants in this action were former City employees, the Court is directing the New York City Law Department to assist with either identifying the correct service addresses for Defendants Bill De Blasio, Eric Adams, Dave A. Chokshi, Ashwin Vassin, and Eric Eichenholtz or accepting service on their behalf. The New York City Law Department may provide this information in their forthcoming submission identifying the Jane Doe and John Doe Defendants, which is due no later than Tuesday, May 12, 2026. <u>See</u> ECF No. 9.

In Plaintiff's letter dated April 13, 2026, Plaintiff indicates that Defendant Lisa Bova-Hiatt consented to Plaintiff receiving an extension of time to file his opposition to Bova-Hiatt's pending motion to dismiss. <u>See</u> ECF No. 17. Accordingly, Plaintiff's deadline to respond to Hiatt's motion to dismiss shall be extended to Wednesday, May 13, 2026. If *pro se* Plaintiff requires additional time to prepare his opposition, *pro se* Plaintiff is directed to file a request with the Court. Defendant Bova-Hiatt may file a reply brief by no later than Wednesday, May 20, 2026.

Finally, to avoid any delays with uploading *pro se* Plaintiff's submissions to the docket, *pro se* Plaintiff is reminded that all submissions should be sent to the *Pro Se* Office, not to my Chambers. If *pro se* Plaintiff wishes to submit anything for filing via email, instead of mail, *pro se* Plaintiff may send future submissions to ProSe@nysd.uscourts.gov.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    April 24, 2026
          New York, New York