UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

ANTHONY D. AMAKER,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___ 6/12/2026 _

                                    **Plaintiff,**                    **26-CV-00438 (JLR)(SN)**

            -against-                                                **ORDER**

**BILL DE BLASIO, et al.,**

                                    **Defendants.**

-------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On June 8, 2026, Plaintiff filed a letter requesting renewed summonses for Defendants. See ECF No. 25. Plaintiff's request is GRANTED. Plaintiff's deadline to serve all remaining Defendants shall be extended to Friday, June 26, 2026. Plaintiff shall file proof of service on the docket confirming when service has been effectuated with respect to each remaining Defendant.

The Clerk of Court is respectfully requested to issue new summonses for Defendants Eric Eichenholtz, Priscella DeLeon, David Rozen, and Dave A. Chokshi, all of whom consent to being served at the following address: 100 Church Street, New York, New York 10007.

The Clerk of Court is also requested to issue new summonses for the following Defendants:

Bill de Blasio, who may be served at 442 11th Street, Brooklyn, New York 11215.

Eric Adams, who may be served at 936 Lafayette Avenue, Brooklyn, NY 11221.

Ashwin Vasan, who may be served at 35 South Portland Avenue, Brooklyn, NY 11217.

**SO ORDERED.**

                                    SARAH NETBURN
                                    United States Magistrate Judge

DATED:      June 12, 2026
            New York, New York