USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/17/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
**ANTHONY D. AMAKER,**

**Plaintiff,**

**-against-**

**BILL DE BLASIO, et al.,**

**Defendants.**
---------------------------------------------------------------X

**26-CV-00438 (JLR)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On July 15, 2026, *pro se* Plaintiff filed a letter requesting an additional 30 days to serve the remaining Defendants in this action. Plaintiff's request is GRANTED. Plaintiff shall serve the remaining Defendants and file proof of service on the docket by no later than Monday, August 17, 2026.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: July 17, 2026
New York, New York