USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____
DATE FILED: 9/9/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

**ANTHONY D. AMAKER,**

**Plaintiff,**

**-against-**

**BILL DE BLASIO, et al.,**

**Defendants.**

-----------------------------------------------------------------X

**26-CV- 00438 (JLR)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On September 9, 2026, the Court held a telephonic conference to discuss service on the following remaining Defendants in this action: Bill de Blasio, Eric Adams, Dave A. Chokshi, Ashwin Vasan, Eric Eichenholtz, Priscella DeLeon, and David Rozen. Counsel for Defendant Lisa Bova-Hiatt appeared, as well as counsel on behalf of the New York City Law Department ("Corporation Counsel"). Plaintiff, proceeding *pro se*, failed to appear for the telephonic conference and did not submit his pre-conference status letter regarding service as ordered by the Court on August 27, 2026. See ECF No. 38.

As Corporation Counsel explained in their September 4, 2026 letter, the remaining Defendants have not yet been properly served. See ECF No. 39. Corporation Counsel indicated both in their letter and during the September 9, 2026 conference that Defendants Eichenholtz, DeLeon, Rozen, Chokshi, and Vasan may each be served via the Corporation Counsel's email address, ServiceECF@law.nyc.gov. Id. Corporation Counsel further indicated during the conference that they will investigate whether Defendants Adams and de Blasio can also be served via email.

By no later than Wednesday, September 16, 2026, Corporation Counsel is ORDERED to file a letter confirming whether the New York City Law Department will accept email service on behalf of Defendants Adams and de Blasio.

Plaintiff is ORDERED to file proof of service with respect to the remaining Defendants by no later than Wednesday, September 30, 2026.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: September 9, 2026
New York, New York