USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 9/30/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
**ANTHONY D. AMAKER,**

**Plaintiff,**

**-against-**

**BILL DE BLASIO, et al.,**

**Defendants.**
-----------------------------------------------------------------X

**26-CV-00438 (JLR)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On September 9, 2026, the Court directed Plaintiff, proceeding *pro se*, to effect service and file proof of service on the docket with respect to the remaining Defendants in this action: Bill de Blasio, Eric Adams, Dave A. Chokshi, Ashwin Vasan, Eric Eichenholtz, Priscella DeLeon, and David Rozen. ECF No. 40. On September 16, Defendants confirmed that the New York City Law Department will accept email service on behalf of all remaining Defendants. See ECF Nos. 39 & 41. On September 17, the Court again ordered Plaintiff to (1) complete service via email to ServiceECF@law.nyc.gov and (2) file proof of service on the docket by Wednesday, September 30, 2026. ECF No. 42. Since the issuance of that Order, the Court has received a letter from Plaintiff which includes proof that Plaintiff served Defendant de Blasio on July 31, 2026, as well as Plaintiff's updated mailing address. ECF No. 43. To date, Plaintiff has not filed proof of service on the remaining Defendants.

**CONCLUSION**

Plaintiff is ORDERED to serve the remaining Defendants via email to ServiceECF@law.nyc.gov and to file proof of service on the docket by no later than October 30, 2026. Each of the following Defendants must be served with a separate summons and complaint:

Eric Adams, Dave A. Chokshi, Ashwin Vasan, Eric Eichenholtz, Priscella DeLeon, and David Rozen.

The time for Defendant de Blasio to answer or otherwise respond to Plaintiff's Complaint is stayed pending further order of the Court.

Plaintiff is reminded that all Court filings must be delivered by mail to the Pro Se Office at U.S. District Court, 500 Pearl Street, Room 205, New York, NY 10007; or by email at ProSe@nysd.uscourts.gov. Plaintiff may not mail documents to Chambers.

Finally, the Clerk of Court is respectfully requested to update Plaintiff's address and mail a copy of this order and ECF Nos. 39–42 to:

Anthony D. Amaker
444 Second Avenue, Apt. 16G
New York, NY 10010

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: September 30, 2026
New York, New York