USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/9/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

**ANTHONY D. AMAKER,**

**Plaintiff,**

**-against-**

**BILL DE BLASIO, et al.,**

**Defendants.**

-----------------------------------------------------------------X

**26-CV-00438 (JLR)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

Plaintiff, proceeding *pro se*, filed an affirmation of service indicating that he served the remaining Defendants via email to ServiceECF@law.nyc.gov on October 7, 2026. ECF No. 46.

The stay of Defendant Bill de Blasio's deadline to answer or otherwise respond to Plaintiff's Complaint is LIFTED. All Defendants are ORDERED to answer or otherwise respond to Plaintiff's Complaint by October 28, 2026.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: October 9, 2026
New York, New York